UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT C. EVANS ET AL. | CIVIL ACTION |
| VERSUS | NO. 06-6783 |
| LAFAYETTE INS. CO. ET AL. | SECTION "S"(2) |

### ORDER ON MOTIONS

APPEARANCES:  None (on the briefs)

MOTIONS:  (1) Defendant United Fire's Motion for Protective Order and for Attorney's Fees, Record Doc. No. 28; (2) Property Loss Consulting's Motion for Protective Order, Record Doc. No. 32

O R D E R E D:

 (1), (2) : GRANTED IN PART AND DENIED IN PART. The motions are granted as to Topics No. 9, 11 and 12 and Requests for Production No. 9, 11 and 12. The objections are sustained. The requests are overly broad and seek much that is not relevant to the claims or defenses asserted in this case. While these topics and requests have some relevance to the subject matter of this lawsuit, "good cause" to expand the scope of discovery to subject matter, as required by Fed. R. Civ. P. 26(b)(1), has not been shown. In addition, the burden of this broad-ranging discovery outweighs its likely benefit to this case. Fed. R. Civ. P. 26(b)(2)(C)(iii).

The motions are granted in part and denied in part as to Topic No. 10 and Request for Production No. 10.  These items are modified to narrow them so that the subpoena recipient must respond only as to communications and documents, such as memoranda, manuals, guidelines, policies or procedures with <u>general</u> or company-wide applicability to <u>all</u> business interruption claims arising from Hurricane Katrina, and the motions are denied as to this topic and request for production, as modified. For the same reasons set out above in connection with the other topics and requests for production, the motion is granted insofar as this topic and request for production seek a broader range of

information, including specific claims by other claimants that are not the basis of this lawsuit.

The motions are denied insofar as they seek any award of costs or attorney's fees.

New Orleans, Louisiana, this  4th  day of September, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE