UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT C. EVANS ET AL.                              CIVIL ACTION

VERSUS                                              NO. 06-6783

UNITED FIRE & CASUALTY                              SECTION "S" (2)
INSURANCE COMPANY ET AL.


**ORDER ON MOTION**

APPEARANCES:  None (on the briefs)

MOTION:          Defendant's Motion for Protective Order and Motion to Quash,
                 Record Doc. No. 55

O R D E R E D:

 XXX  :   GRANTED.  The depositions and subpoenas are quashed.  The evidence
submitted in support of the motion, including the affidavits of the two proposed
deponents, establishes good cause for entry of the requested protective order.  Fed. R.
Civ. P. 26(c);  In re Terra Int'l, Inc., 134 F.3d 302, 306 (5th Cir. 1998).  The "evidence"
submitted by plaintiff in opposition has no weight or persuasive value.  The decisions
cited in the opposition memorandum are factually different from what is involved in this
instance and do not require a different result.  All relevant deposition information
plaintiff may need to prepare his claims for trial may be obtained through a Rule 30(b)(6)
deposition and the depositions of defendant's personnel who actually addressed his claim.
Under these circumstances, the burden and expense of these proposed depositions of
persons with no direct knowledge of plaintiff's claims and no contact with them except
to have been the targets of one or more letters written by plaintiff himself outweighs their
likely benefit to this case.  Fed. R. Civ. P. 26(b)(2)(C).
        "The provisions of Rule 37(a)(4) apply to the award of expenses incurred in
relation to the motion" for protective order.  Fed. R. Civ. P. 26(c).  An award of costs and
fees has been requested, and is warranted.  Accordingly,

**IT IS FURTHER ORDERED** that no later than **September 25, 2007**, defendant must submit affidavit(s) setting forth and supporting the amount of attorney's fees and costs they seek, together with the materials required by Local Rule 54.2.  Plaintiff may respond to these submissions by filing written opposition no later than **September 30, 2007**.  Thereafter, the amount of sanctions will be determined on the record without oral argument.

New Orleans, Louisiana, this ___19th___ day of September, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE